# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR83** |
| vs. | ) | |
| | ) | **ORDER** |
| **MANUEL L. MARTINEZ and** | ) | **CONTINUING TRIAL** |
| **BONNIE S. TIMLICK,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on the motion of Bonnie S. Timlick to continue trial (#31), now set for July 26, 2005. The motion includes a waiver of speedy trial in accordance with NECrimR 12.1. For good cause shown, I find that the motion should be granted. Trial of this matter will be continued to the next available trial setting.

**IT IS ORDERED** that defendant's MOTION TO CONTINUE TRIAL (#31) is granted, as follows:

1. The trial of this case is continued to **Tuesday, August 30, 2005** before Judge Laurie Smith Camp and a jury as to all defendants.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 26, 2005 and August 30, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to defense counsel's scheduling conflict. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED July 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**