# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR83** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **BONNIE S. TIMLICK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Following the defendant Bonnie S. Timlick's (Timlick) arraignment on the Superseding Indictment on August 25, 2005, Timlick made an oral motion to continue trial. For the reasons stated on the record and with the acknowledgment of Timlick that she concurs in the motion and understands the additional time will be excluded under the Speedy Trial Act, the motion is granted.

**IT IS ORDERED** that trial of this matter is continued to **December 6, 2005** at **9:00 a.m.** before Judge Laurie Smith Camp and a jury, Courtroom No. 2, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 25, 2005 and December 6, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of August 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge