## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF JURY AND | ) | |
| NON-JURY TRIALS BEFORE THE | ) | ORDER |
| HONORABLE LAURIE SMITH CAMP | ) | |

**IT IS ORDERED** that trial of the following cases are hereby continued from December 6, 2005 to **Tuesday, December 13, 2005**:

| | |
|---|---|
| 8:05CR083 | United States v. Bonnie S. Timlick (John Higgins, Glenn Shapiro) |
| 8:05CR334 | United States v. Harley D. Pyron (Fred Franklin, Mike Maloney) |
| 8:05CR163 | United States v. Adam Salinas Trevino, Daniel Lee Walker, and Cleo Jo Walker (Tom Kangior, Jon Natvig, Mike Nelson, Bill Switzer) |

**DATED December 7, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**